UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| PATRICK RUSSELL FULLER,<br><br>   Plaintiff,<br>v.<br><br>NATILIE WOODWARD,<br><br>   Defendant. | )<br>)<br>)<br>)     No. 4:09-cv-035-SEB-WGH<br>)<br>)<br>)<br>) |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: _12/31/2009_

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Patrick Russell Fuller
190856
Wabash Valley Correctional Facility
6908 S. Old Highway 41
P.O. Box 1111
Carlise, IN 47838

Akia Haynes
Indiana Office of the Attorney General
akia.haynes@atg.in.gov